UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MONROE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF RICHMOND,<br><br>    Defendant. | Case No. 14-cv-00795-WHO<br><br>**ORDER STRIKING FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 25 |

After I granted the defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), the plaintiff filed a First Amended Complaint on October 13, 2014. Order Granting Mot. Dismiss at 5 (Dkt. No. 20); FAC (Dkt. No. 25). I previously dismissed the plaintiff's seventh, eighth, and ninth causes of action with prejudice and did not provide for leave to amend, and the defendant has answered the remaining counts in the Complaint. *See* Order Granting Mot. Dismiss at 5; Dkt. No. 21. Plaintiff must obtain defendant's written consent or seek leave of court if he wishes to amend. Fed. R. Civ. P. 15(a)(2). Accordingly, I STRIKE the plaintiff's First Amended Complaint.

**IT IS SO ORDERED**.

Dated: October 15, 2014

WILLIAM H. ORRICK
United States District Judge