1  JOHN T. BELL, SBN 209941
   Law Offices of John T. Bell
2  610-16th Street, Suite 421
   Oakland, CA 94612
3  TEL: 510-444-4638
4  FAX: 510-444-4019

5  Attorney for Plaintiff Edward Monroe

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | EDWARD MONROE              )  Case No.: CV 14-00795WHO
12 |                            )
   |        Plaintiff,          )  **STIPULATION AND**
13 |    vs.                     )  **[PROPOSED] ORDER RE:**
   |                            )  **EXTENSION OF DISCOVERY**
14 | CITY OF RICHMOND and DOES 1-10 )  **CUT-OFF**
   | INCLUSIVE
15 |                            )
   | ,                          )
16 |        Defendants.         )
17 |                            )
18 |                            )
19 |                            )
20 |                            )  Complaint Filed: February 24, 2014

21         The parties, by and through their respective counsel, John T. Bell for Plaintiff Edward
22 Monroe and Patrick Hurley for Defendant City of Richmond  herewith stipulate to extend the
23 discovery cut-off date to March 20, 2015.
24         ATTESTMENT OF CONCURENCE PER GENERAL ORDER 45 FOR FILING
25         I attest that concurrence in the filing of this document by the signatories, Patrick L.
26 Hurley and John T. Bell, has been obtained, and that a record of the concurrence shall be
27 maintained at the Law Offices of John T. Bell
28

---
1
STIPULATION AND [PROPOSED] ORDER

|   |   |
|---|---|
| Date:   January 7, 2015 | LAW OFFICES OF JOHN T. BELL |
|   |   |
|   | By: S:/John T. Bell |
|   | Attorneys for Plaintiff |
|   | EDWARD MONROE |
|   |   |
| Date:   January 7, 2015 | MANNING & KASS |
|   | ELLROD, RAMIREZ, TRESTER LLP |
|   |   |
|   | By: S:/Patrick L. Hurley |
|   | Attorneys for Defendant |
|   | CITY OF RICHMOND |

### ORDER

Having read the Stipulation and declaration of Plaintiff's counsel and finding good cause for the relief requested,

IT IS HEREBY ORDERED that:

The parties request to extend the discovery cut-off date to March 20, 2015 is Granted.

~~Plaintiff shall serve Notice of Entry of Order on Defendants.~~

DATED:  January 13, 2015

_____
The Honorable William H. Orrick

---

2

STIPULATION AND [~~PROPOSED~~] ORDER