Eugene P. Ramirez, State Bar No. 134865
   *epr@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Telephone:  (213) 624-6900

Patrick L. Hurley (State Bar No. 174438)
   *plh@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendants,
CITY OF RICHMOND, L. GRIFFIN, AND
R. BRANCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD MONROE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF RICHMOND,<br><br>    Defendant. | Case No. 3:14-cv-00795WHO<br><br>**JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Current CMC:  March 31, 2015<br><br>Proposed New Date:  April 7, 2015<br><br>Trial:   September 28, 2015 |

TO THE HONORABLE WILLIAM H. ORRICK:

 The parties, plaintiff Edward Monroe and defendants City of Richmond, L. Griffin and R. Branch, by and through their attorneys of record, hereby request that the Case Management Conference, currently set for March 31, 2015, be continued to April 7, 2015.

 Good cause exists to approve the stipulation.  On March 9, the Court set the Case Management Conference for hearing on March 31, 2015.  Counsel for defendants will be

out of town on that date on a pre-planned vacation.  Counsel for both parties are available for a Case Management Conference on April 7, 2015 at 2:00 p.m.  Therefore, the parties jointly request a continuance of the Case Management Conference to that date.  Plaintiff's counsel is not available from the April 10 - 16, 2015.

IT IS SO STIPULATED.

DATED:  March 12, 2015

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: ___S:/Patrick L. Hurley___
Attorneys for Defendant,
CITY OF RICHMOND, L. GRIFFIN, AND R. BRANCH

DATED:  March 12, 2015

**LAW OFFICES OF JOHN T. BELL**

By: ___S:/John T. Bell___
Attorneys for Plaintiff,
EDWARD MONROE

### ORDER

Having read the Stipulation finding good cause for the relief requested,

IT IS HEREBY ORDERED:

The Case Management Conference is continued to April 7, 2015 at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco. Case Management Statement due by March 31, 2015.

DATED: March 13, 2015

_____
The Honorable William H. Orrick